IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**JACK CURRY,**

**Defendant.**                                                     No. 09-30026-DRH

**ORDER**

**HERNDON, Chief Judge**:

       This matter was referred to United States Magistrate Judge Clifford J. Proud for the specific purpose of conducting a change of plea for Defendant Curry, pursuant to **28 U.S.C. § 636, LOCAL RULE 72.1(b)(2)** and Defendant Curry's consent (Doc. 54). Pursuant to **FEDERAL RULE OF CRIMINAL PROCEDURE 11**, the change of plea hearing was held on July 2, 2009 (Doc. 53). During the change of plea, Defendant Curry pled guilty to Counts 1 and 2 of the Indictment following a thorough colloquy with Judge Proud. Thereafter, Judge Proud issued a Report and Recommendation ("the Report") recommending that the Court accept Defendant Curry's plea of guilty (Doc. 57). In accordance with **28 U.S.C. § 636(b)(1)(B)**, the parties were allowed ten (10) days from the issuance of the Report to file written objections. As of this date, neither party has filed objections. Therefore, the Court **ADOPTS** the Report in its entirety.

       Thus, it is the finding of the Court in the case of *United States v. Jack*

*Curry*, that Defendant Curry was fully competent and capable of entering an informed plea, that he was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offenses. Accordingly, the Court **ACCEPTS** Defendant Curry's guilty plea and **ADJUDGES** him **GUILTY** on Counts 1 and 2 of the Indictment. The Court **REMINDS** the parties that the sentencing is set for October 9, 2009 at 9:30 a.m.

    **IT IS SO ORDERED.**

    Signed this 27th day of July, 2009.

/s/     DavidRHerndon
**Chief Judge**
**United States District Court**