IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

                                          No. 09-30026-DRH

JACK CURRY,

          Defendant.

## ORDER

Before the Court is defense counsel's Motion to Withdraw (Doc. 171), in which counsel states that the Defendant was released from the Bureau of Prisons prior to the effective date of Amendment 782 and therefore under §1B1.10 (e) does not receive the benefit of Amendment 782.

The Court being duly advised in the premises grants the Motion to Withdraw filed by the Federal Public Defender's Office. §1B1.10 (e) states, "The court shall not order a reduced term of imprisonment based on Amendment 782 unless the effective date of the court's order is November 1, 2015, or later." Given the effective date of Amendment 782 and the release of the Defendant from the Bureau of Prisons, the Defendant's pro se motion (Doc. 164) is denied as moot.

**SO ORDERED**.

Digitally signed by Judge David R. Herndon
Date: 2015.10.29 15:46:51 -05'00'

UNITED STATES DISTRICT JUDGE

Dated: October 29, 2015